UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE RUDD-EL (#201309569)

VERSUS

THE STATE OF LOUISIANA, ET AL.

CIVIL ACTION

NO. 13-766-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 16, 2014 (doc. no. 2) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Writ of Habeas Corpus filed by Willie Rudd-el is treated as a petition under 28 U.S.C. § 2254 for writ of habeas corpus by a person in state custody and is DISMISSED, without prejudice. Further, insofar as the petitioner included in his petition allegations that could be construed as claims related to his conditions of confinement at the Livingston Parish Detention Center or a facility operated by the Tangipahoa Parish Sheriff, such claims are DISMISSED without prejudice.

Baton Rouge, Louisiana, this 13th day of February, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA